AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
April 09, 2025
Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Francisco Venegas, JR. | ) Case No. 4:25-mj-213 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 8, 2025__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | Possession with Intent to Deliver a Controlled Substance, to wit Cocaine |
| | Possession with Intent to Deliver a Controlled Substance, to wit Fentanyl |

This criminal complaint is based on these facts:

See Attached

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Cayton, Task Force Officer
*Printed name and title*

Sworn to before me and signed by telephone.

Date: 04/09/2025

*Judge's signature*

City and state: Houston, Texas   Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. |
| VS. | § | |
| FRANCISCO VENEGAS JR | § | **4:25-mj-213** |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, CHRISTOPHER CAYTON, a Task Force Officer with the Drug Enforcement Administration (DEA), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND TASK FORCE OFFICER BACKGROUND**

1. I have been a Task Force Officer with the Drug Enforcement Administration since April 2012. I have been assigned to the Houston Field Division, Enforcement Group D-25, since April 2012. I have been a Certified Peace Officer working for the Houston Police Department for over 25 years. I have been a narcotics detective with the Houston Police Department since October 2006. I have been a United States Coast Guard Reserves, Special Agent with the Coast Guard Investigation Service since May 2011. I have received specialized training in controlled substance violations, including, but not limited to, Title 21 of the United States Code. I am familiar with investigations involving the transportation, storage, and distribution of controlled substances.

2. The facts in this affidavit come from my personal observations, my training, and experience, and information obtained from other officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This affidavit is in support of a complaint charging Francisco VENEGAS JR, with a violation of Title 21, United States Code Sections 841: Possession with Intent to Deliver a Controlled Substance, to Wit: Cocaine and Possession with Intent to Deliver a Controlled Substance, to

1

Wit: Fentanyl. I learned of the following information from personal observation as well as from information given to me during this investigation.

## PROBABLE CAUSE

4. On April 8, 2025, Houston Police Department Highway Interdiction Unit, Sgt M. Ham and Officer E. Garza observed a Kenworth tractor truck bearing Texas plate R702236 pulling tractor trailer bearing Texas plate 218B228, traveling north in the 7600 block of the Southwest Fwy, Houston, Harris County, Texas. Sgt Ham and Officer Garza conducted a traffic stop on the observed commercial vehicle in the 7600 block of the Southwest Fwy, Houston, Harris County, Texas, for an observed traffic violation: Defective Equipment, To Wit: Defective reflective tape on trailer. I was in the area assisting with monitoring vehicular traffic on the Southwest Fwy and arrived on scene of the traffic stop and assisted in the investigation.

5. Officer Garza spoke with the driver and identified the driver as Francisco VENEGAS, JR. and he provided Officer Garza with Texas Commercial Driver's License. Officer Garza identified a passenger inside the vehicle as Americo DECIGA GALLEGOS. Officer Garza conducted a person's check on Francisco VENEGAS, JR. via his patrol car's computer and observed that VENEGAS JR had an active narcotic warrant out of Ohio for possession of Marijuana. Officer Garza had VENEGAS exit the vehicle and Francisco VENEGAS, JR. gave Officer Garza consent to search his vehicle.

6. Officers conducted a consent search of the vehicle and located 8 truck batteries under the sleeping bunk of the tractor truck as well as 8 truck batteries inside the trailer near the rear door. I observed that the battery style and brand were similar to prior investigations where illegal narcotics had been concealed inside. I spoke with VENEGAS and asked him about why he had so many batteries inside his vehicle and he stated that he took them from another vehicle he has that is currently broke down. VENEGAS stated that the purpose of this trip was to transport limes, tomatoes and onions to Atlanta, GA.

7. The 16 batteries were removed from the truck for further investigation and a narcotics detection K-9 Officer assisted and provided a positive alert on the batteries for an odor of a narcotic presence. Upon further inspection of the batteries via hand held X-ray and a drill, it

was determined that all the batteries contained illegal narcotics. Officers removed 66 bricks containing a powder substance from the batteries. 56 bricks (weighing approximately 60 kilograms) field tested positive for Cocaine HCL and 10 bricks (weighing approximately 10.5 kilograms) field tested positive for Fentanyl. Officers utilized TruNarc tester and Nik tester to get positive alert for cocaine and Officers used an MX908 mass spectrometer and Premier Bio Dip tester to get positive alert for fentanyl. The evidence was secured in the DEA overnight drug vault for safe keeping. The substances will be sent to the DEA laboratory for analysis and safekeeping.

8. Francisco VENEGAS, JR. and Americo DECIGA GALLEGOS were transported to the Houston DEA Division Office and placed in separate interview rooms. In a post-Miranda interview, VENEGAS admitted to getting a call from Mexico to transport the 16 batteries from the Rio Grande Valley to the Houston, Texas area. VENEGAS stated he was met by several unknown individuals at a truck stop near McAllen, Texas in the early morning hours of April 8, 2025 and the unknown individuals loaded the batteries in the truck. VENEGAS stated that his instructions where to take the batteries to Houston and wait for a phone call giving him instructions where to drop them off, then take the produce to Atlanta, GA. VENEGAS stated that he was getting paid to take batteries but he did not know how much. Americo DECIGA GALLEGOS stated that he did not have anything to say and did not want to speak with law enforcement. Americo DECIGA GALLEGOS was released without charges.

9. Sgt. Ham contacted the produce supplier in Hidalgo, TX and they stated they have a GPS tracking device inside their product to insure it reached its intended location. Sgt. Ham was informed that VENEGAS picked up the produce load in Hidalgo, Texas at 2144 Hours on April 7, 2025 then drove straight to his residence in Los Fresnos, Texas and did not appear to make any stops at a Truck Stop and driving to Los Fresnos was several hours out of the way to be traveling to Houston. Sgt. Ham was told that VENEGAS left Los Fresnos at approximately 0200 Hours on April 8, 2025 and drove to Houston, prior to being stopped on the Southwest Fwy by police.

10. Based on the foregoing, I respectfully submit that probable cause exists to believe that Francisco VENEGAS, JR. committed violations of Title 21, United States Code Sections 841: possession with intent to distribute a controlled substance, to wit: Cocaine and possession with intent to distribute a controlled substance, to wit: Fentanyl.

*Christopher Cayton*
Christopher Cayton
Task Force Office
Drug Enforcement Administration

Sworn to me by telephone on the  9th  day of April, 2025 and I find probable cause.

*Christina A Bryan*
CHRISTINA A. BRYAN
United States Magistrate Judge
Southern District of Texas